IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DEUTSCHE LEASING USA, INC.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **INTERNATIONAL IRON, LLC and JON M.** ) <br> **HALL, JR., INDIVIDUALLY,** ) <br> ) <br> Defendants. ) <br> ) | Case No.: 18 cv 07982 |

## PLAINTIFF'S PRELIMINARY STATUS REPORT

Plaintiff DEUTSCHE LEASING USA, INC. ("DL USA"), by its attorneys Vincent T. Borst and Teresa A. Minnich of Robbins Salomon & Patt, Ltd. presents its Preliminary Status Report to the Court as follows:

**I.    NATURE OF THE CASE:**

   **a. Attorneys:**

   i. For Plaintiff: Vince T. Borst and Teresa A. Minnich of Robbins Salomon & Patt, Ltd., 180 N. LaSalle St., Ste. 3300, Chicago, Illinois 60601.

   ii. For Defendants: Defendants will obtain local counsel.

   **b. Basis for Federal Diversity Jurisdiction:**

   i. Plaintiff DL USA is a Delaware corporation with its principal place of business at 190 S. LaSalle Street, Suite 2150, Chicago, Illinois 60603.

   ii. Defendant International Iron is a Florida limited liability company with its principal place of business at 2325 Clark Street, Apopka, Florida 32703.

        The members of International Iron are Hall, a citizen of the State of Florida, and Cindy Page, also a citizen of the State of Florida.

   iii. Defendant Hall is an individual and a citizen of the State of Florida.

**c. Nature of Claims:**

   i. Count I of the Complaint: DL USA alleges that International Iron breached the Floor Plan Financing Agreement No. 100-0010978, dated October 19, 2015, by failing to make timely monthly interest and other payments.

   ii. Count II of the Complaint: DL USA alleges that it is entitled to recover as against Hall pursuant to the terms of the Personal Guaranty between Hall and DL USA, as a result of International Iron's breach of the Floor Plan Financing Agreement No. 100-0010978.

   iii. Counterclaims: There are no counterclaims at present.

**d. Legal and Factual Issues:**

   i. Plaintiff DL USA: The legal and factual issues will include the terms and interpretation of the Floor Plan Financing Agreement No. 100-0010978 and the Personal Guaranty, Defendants' breach of those documents, and Plaintiff's damage resulting from those breaches.

   ii. Defendants: Defendants accepted service of the Complaint on December 10, 2018, through their Florida counsel. Accordingly, their Answers are due on February 8, 2019.

**e. Relief Sought:** Plaintiff seeks $1,174,496.51, plus interest from the date of default.

II. **PENDING MOTION AND CASE PLAN**

    **a.** The initial status hearing is scheduled for January 31, 2019 at 9:00 a.m.

    **b.** Defendants accepted service of the Complaint on December 10, 2018, through their Florida counsel. Accordingly, their Answers are due on February 8, 2019.

                                                  **DEUTSCHE LEASING USA, INC.**

                                        By: /s/ *Teresa A. Minnich*
                                                     One of its attorneys

Vincent T. Borst, Esq. (6192904)
Teresa A. Minnich, Esq. (6299526)
**ROBBINS, SALOMON & PATT, LTD.**
180 N. LaSalle Street
Suite 3300
Chicago, Illinois 60602
312.782.9000
vborst@rsplaw.com
tminnich@rsplaw.com

**CERTIFICATE OF SERVICE**

  The undersigned certifies that he/she served the foregoing **Plaintiff's Preliminary Status Report**, upon the following person(s) entitled to notice in this cause:

C. Andrew Roy
Winderweedle, Haines, Ward & Woodman, P.A.
329 Park Avenue North, Second Floor
PO Box 880
Winter Park, Florida 32790-0880
aroy@whww.com

by e-mail to the address listed above on January 25, 2019.

                /s/ Teresa A. Minnich