IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE LEASING USA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18-cv-07982 ) |
| INTERNATIONAL IRON, LLC and JON M. HALL, JR., | ) ) Honorable John Z. Lee |
| Defendants. | ) ) ) |

**AFFIDAVIT OF JON M. HALL, JR.**

Defendant, JON M. HALL, JR., being duly sworn, states that if he were called to testify in the captioned case, he would testify as follows:

1. I am an adult and competent.

2. The statements made in this Affidavit are based on my personal knowledge.

3. Since 2015, I have been a resident of Orange County, Florida and Volusia County, Florida.

4. I do not own any real estate or conduct any business in the State of Illinois.

5. At all times relevant to this action, I have been the President and Chief Executive Officer of International Iron, LLC ("International Iron").

6. International Iron is a dealer of commercial construction and agriculture equipment.

7. International Iron's sole place of business is located in Orange County, Florida, at 2325 Clark Street, Apopka, FL 32703.

8. In 2015, International Iron partnered with Liebherr Mining and Construction Equipment, Inc. to become a dealer for Liebherr equipment, exclusively in the central and north Florida markets.

9. Liebherr provided International Iron with a "short list" of its approved lenders who could provide financing for International Iron's purchase of Liebherr equipment for resale. One of the lenders on the list was Deutsche Leasing USA, Inc.

10. Liebherr introduced me and another officer of International Iron to Deutsche Leasing representatives via telephone.

11. When the decision was made to move forward with securing financing through Deutsche Leasing, all negotiations took place over the telephone, and all documents were sent via email by Deutsche Leasing to me in Florida to review.

12. Ultimately, on or about October 19, 2015, I signed a Floor Plan Financing Agreement ("Financing Agreement") on behalf of International Iron at my office in Florida.

13. On or about October 26, 2015, I signed a Personal Guaranty agreement at my office in Florida.

14. International Iron's payments to Deutsche Leasing under the Financing Agreement were made by International Iron's comptroller to Deutsche Leasing in Chicago, Illinois.

15. All Liebherr equipment acquired by International Iron using funds advanced by Deutsche Leasing was kept at all times at International Iron's facility in Apopka, Florida, or elsewhere in International Iron's rental fleet within its central or north Florida sales region, as required by the Financing Agreement.

16. I did not meet any representative from Deutsche Leasing face-to- face until some time after signing the Financing Agreement and Guaranty. On that occasion, a Deutsche Leasing

representative, who happened to be traveling in Florida at the time, contacted me and a brief meeting was arranged.

17. I never traveled to the State of Illinois to negotiate or perform any term of the Financing Agreement or the Guaranty.

18. I never asked or directed any employee of International Iron to travel to the State of Illinois to negotiate or perform any term of the Financing Agreement or Guaranty.

19. The last time I traveled to Illinois was approximately 19 years ago.

20. In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT

JON M. HALL, JR.,

By: _____

# EXHIBIT B

## U.S. District Court — Judicial Caseload Profile

**ILLINOIS NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2013 | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 11,570 | 11,326 | 13,013 | 13,981 | 10,822 | 10,547 | | |
| | Terminations | | 11,373 | 10,666 | 11,204 | 10,669 | 11,535 | 11,023 | | |
| | Pending | | 12,268 | 12,862 | 14,612 | 17,907 | 17,237 | 16,764 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -8.8 | -6.9 | -19.0 | -24.6 | -2.5 | | 73 | 7 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months [2] | | 36.0 | 13.0 | 1.0 | 0.0 | 18.3 | 35.9 | | |
| **Actions per Judgeship** | Filings | Total | 526 | 515 | 592 | 636 | 492 | 479 | 52 | 7 |
| | | Civil | 464 | 473 | 548 | 598 | 453 | 435 | 22 | 4 |
| | | Criminal Felony | 44 | 30 | 33 | 28 | 32 | 36 | 88 | 7 |
| | | Supervised Release Hearings | 18 | 13 | 10 | 9 | 6 | 9 | 86 | 6 |
| | Pending Cases [2] | | 558 | 585 | 664 | 814 | 784 | 762 | 16 | 2 |
| | Weighted Filings [2] | | 457 | 444 | 436 | 429 | 445 | 452 | 44 | 5 |
| | Terminations | | 517 | 485 | 509 | 485 | 524 | 501 | 40 | 6 |
| | Trials Completed | | 13 | 12 | 12 | 12 | 11 | 10 | 78 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 17.4 | 17.8 | 20.1 | 19.3 | 19.8 | 17.6 | 90 | 7 |
| | | Civil [2] | 6.7 | 7.1 | 7.2 | 7.3 | 8.5 | 7.6 | 24 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 32.2 | 35.3 | 34.9 | 39.4 | 36.8 | 37.8 | 51 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 988 9.7 | 1,062 9.6 | 1,341 10.5 | 1,327 8.2 | 1,613 10.5 | 3,389 22.8 | 88 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.6 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 42.2 | 41.9 | 44.7 | 49.6 | 47.0 | 48.2 | | |
| | | Percent Not Selected or Challenged | 36.7 | 32.8 | 39.1 | 41.5 | 37.8 | 37.7 | | |

### 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 9,560 | 476 | 549 | 1,671 | 21 | 110 | 1,002 | 818 | 538 | 826 | 1,411 | 68 | 2,070 |
| Criminal [1] | 788 | 4 | 262 | 54 | 173 | 128 | 74 | 27 | 1 | 16 | 7 | 7 | 35 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**FLORIDA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2013 | Sep 30 2014 | Sep 30 2015 | Sep 30 2016 | Sep 30 2017 | Sep 30 2018 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 10,399 | 10,332 | 10,260 | 11,103 | 10,340 | 10,734 | | |
| | Terminations | | 11,669 | 10,556 | 10,886 | 11,190 | 11,056 | 10,781 | | |
| | Pending | | 9,227 | 9,040 | 8,518 | 8,505 | 7,997 | 8,098 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 3.2 | 3.9 | 4.6 | -3.3 | 3.8 | | 47 | 5 |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months [2] | | 19.1 | 14.1 | 5.9 | 24.0 | 25.0 | 35.5 | | |
| **Actions per Judgeship** | Filings | Total | 693 | 689 | 684 | 740 | 689 | 716 | 14 | 3 |
| | | Civil | 563 | 566 | 558 | 617 | 551 | 571 | 9 | 3 |
| | | Criminal Felony | 101 | 95 | 99 | 92 | 103 | 108 | 33 | 5 |
| | | Supervised Release Hearings | 29 | 27 | 27 | 31 | 35 | 37 | 46 | 4 |
| | Pending Cases [2] | | 615 | 603 | 568 | 567 | 533 | 540 | 33 | 3 |
| | Weighted Filings [2] | | 604 | 593 | 618 | 617 | 584 | 628 | 13 | 4 |
| | Terminations | | 778 | 704 | 726 | 746 | 737 | 719 | 10 | 1 |
| | Trials Completed | | 22 | 19 | 20 | 19 | 17 | 19 | 35 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 7.4 | 7.2 | 7.3 | 7.3 | 7.1 | 6.9 | 16 | 4 |
| | | Civil [2] | 9.2 | 7.7 | 7.9 | 7.1 | 6.9 | 6.3 | 13 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 19.8 | 23.3 | 22.2 | 22.0 | 24.7 | 22.1 | 15 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,423 18.9 | 1,111 15.1 | 403 6.0 | 241 3.5 | 268 4.3 | 341 5.4 | 40 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.4 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 37.0 | 38.2 | 37.1 | 37.2 | 37.3 | 44.7 | | |
| | | Percent Not Selected or Challenged | 25.4 | 28.6 | 26.6 | 24.7 | 25.1 | 37.0 | | |

### 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 8,561 | 734 | 322 | 2,037 | 18 | 78 | 919 | 886 | 643 | 221 | 1,197 | 8 | 1,498 |
| Criminal [1] | 1,621 | 2 | 631 | 368 | 231 | 153 | 31 | 93 | 11 | 58 | 7 | 14 | 22 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."